ALFRED PERRY, plaintiff in error, vs. JOHN S. MARTIN, defendant in error.

Affidavits of the parties, under the Act of 1854, to protect land owners against intruders, &c., are not amendable *as pleadings*, under the amendment Act of 1854.

Summary proceedings, under the statute to recover possession of land, in Whitfield Superior Court. Decision by Judge TRIPPE, at May Term, 1858.

STANSELL ; and HAMMONDS, for plaintiff in error.

JOHNSON & JACKSON, *contra*.

*By the Court.*—LUMPKIN J. delivering the opinion.

In *Cardin vs. Standly*, (20 *Ga. Rep.* 105,) this Court held, that in a proceeding under the Act of 1854, to protect land owners against intruders, and to give land owners a remedy

in certain cases, the affidavits of the parties are not what constitutes the *pleadings ;* and are, therefore not amendable under the Amendment Act of 1854. That decision covers and controls this case.

Judgment affirmed.